**LAQUER, URBAN, CLIFFORD & HODGE LLP**
Susan Graham Lovelace, State Bar No. 160913
Emily Zung Manninger, State Bar No. 248344
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Telephone: (626) 449-1882
Facsimile: (626) 449-1958
Manninger@luch.com

Counsel for Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, et al.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COMMITTEE, CONTRACT COMPLIANCE FUND, and LOS ANGELES ELECTRICAL WORKERS CREDIT UNION,<br><br>Plaintiffs,<br><br>vs.<br><br>OASES ELECTRIC, INC., a California corporation,<br><br>Defendant. | CASE NO.: CV09-00402 R (VBKx)<br><br>**JUDGMENT** |

///

///

///

///

- 1 -
**JUDGMENT**

243474.1

1    This action having been commenced on January 16, 2009, and the Court having
2    approved the stipulation for entry of judgment in favor of plaintiffs Trustees of the Southern
3    California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA
4    Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training
5    Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the Southern
6    California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National
7    IBEW-NECA Labor-Management Committee, Contract Compliance Fund, and Los Angeles
8    Electrical Workers Credit Union and against defendant Oases Electric, Inc., a California
9    corporation, and for good cause shown,

10   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

11   Plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of
12   the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County
13   Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit
14   Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation
15   Committee, Trustees of the National IBEW-NECA Labor-Management Committee, Contract
16   Compliance Fund, and Los Angeles Electrical Workers Credit Union shall recover from
17   defendant Oases Electric, Inc., a California corporation, the principal amount of $66,376.59,
18   together with post-judgment interest calculated at the rate of 8% per annum.

20   DATED:   September 22, 2009            _____
                                            UNITED STATES DISTRICT JUDGE